CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

Attorneys for Petitioner Adrian Escalante

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ESCALANTE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CR F 97-5266 OWW<br>         CV F-06-280 OWW<br><br>**PETITIONER'S VOLUNTARY DISMISSAL OF HABEAS PETITION WITHOUT PREJUDICE** |

   Petitioner ADRIAN ESCALANTE, hereby VOLUNTARILY dismisses his petition for habeas corpus, United States District Court Case No. CV F-06-280, without prejudice.

   Dated:   October 18, 2006            /s/ Adrian Escalante
                                         **Adrian Escalante**
                                         **Petitioner**

Petitioner's Voluntary Dismissal of Habeas Corpus Petition; *Escalante v. United States,* Case No. CIV F-06-280 OWW                                                                                                                         1

PDF created with pdfFactory trial version www.pdffactory.com

1  I truthfully and accurately translated the voluntary dismissal into the

2  Spanish language.

3   Dated:  October 18, 2006        /s/ Jackie Flores
4                                    JACKIE FLORES

5

6   Dated:   October 18, 2006       /s/ Carolyn D. Phillips
                                     CAROLYN D. PHILLIPS
7                                    Attorney for Petitioner
                                     Adrian Escalante
8

9

10  IT IS SO ORDERED.

11

12  Dated:    10/18/06              /s/ Oliver W. Wanger
                                     OLIVER W. WANGER
13                                   JUDGE OF THE U.S. DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

Petitioner's Voluntary Dismissal of Habeas Corpus Petition; *Escalante v. United States,* Case No. CIV F-06-280 OWW    2

PDF created with pdfFactory trial version www.pdffactory.com